## FRIEDMAN, JUSTICE, *v.* COURT ON THE JUDICIARY OF THE STATE OF NEW YORK.

No. 285.   Decided October 14, 1963.

*Theodore Kiendl* and *Raphael H. Weissman* for appellant.

*John R. Davison* and *William R. Brennan* for appellee.

Per Curiam.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

Mr. Justice Black is of the opinion that probable jurisdiction should be noted.

## LOUISIANA ex rel. SCHWEGMANN BANK & TRUST CO. et al. *v.* JEANSONNE, STATE BANK COMMISSIONER.

No. 311.   Decided October 14, 1963.

*Charles A. O'Niell, Jr.* for appellants.

Per Curiam.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.